**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRENT WEBBER, | Civil Action No. 26-3003 (SDW) (MAH) |
| Plaintiff, | |
| v. | **ORDER** |
| SAG-AFTRA, SEAN ASTIN, | June 9, 2026 |
| Defendants. | |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Michael A. Hammer's ("Judge Hammer") Report and Recommendation (D.E. 36 ("R&R")), dated May 21, 2026, which recommends that this Court deny *pro se* Plaintiff Brent Webber's ("Plaintiff") Motion to Remand, (D.E. 13).  No objections have been filed.  This Court has reviewed the reasons set forth by Judge Hammer in his R&R and the record in this matter.  Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that Judge Hammer's R&R is **ADOPTED** as the conclusions of law of this Court, and it is further

**ORDERED** that Plaintiff's Motion to Remand is **DENIED**.

**SO ORDERED.**

_____/s/ Susan D. Wigenton_____
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:    Parties
       Michael A. Hammer, U.S.M.J.

1
